PATRICK J. MURCH
Nevada Bar No. 10162
CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
5100 West Sahara Avenue
Las Vegas, Nevada 89146
Telephone: (702) 799-5373
Facsimile: (702) 799-5505
murchpj@nv.ccsd.net
*Attorney for Clark County School District*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| HAZEL NIELSEN,<br><br>           Plaintiff,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, a domestic corporation; AND DOES 1-50,<br><br>           Defendants. | Case No. 2:21-cv-00727-RFB-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Hazel Nielsen and the Clark County School District, by and through their respective counsel, stipulate and agree that the above-captioned matter may be dismissed, with prejudice.

Each party shall bear her or its own attorney fees and costs of litigation.

Dated: May June 6, 2022.                                    Dated: May 24, 2022.

| CLARK COUNTY SCHOOL DISTRICT | WATKINS & LETOFSKY, LLP |
| OFFICE OF THE GENERAL COUNSEL | |

By: /s/ Patrick Murch                                       By: /s/ Theresa Santos

Patrick J. Murch (#10162)                                   Theresa M. Santos (#9448)
5100 West Sahara Avenue                                     8935 South Pecos Road, Suite 22A
Las Vegas, Nevada 89146                                     Henderson, Nevada 89074
*Attorney for Clark County School District*                 *Attorney for Hazel Nielsen*

### ORDER

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: June 7, 2022.